# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150970

KIMBERLY CORL, Personal Representative
of the ESTATE OF BRADLEY SCOTT CORL,
        Plaintiff-Appellee,

v

HURON AND EASTERN RAILWAY
COMPANY, INC., and RAILAMERICA, INC.,
        Defendants-Appellants.

SC: 150970
COA: 319004
Tuscola CC: 11-026733-NI

_____/

On order of the Court, the application for leave to appeal the December 23, 2014 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing: (1) whether the Court of Appeals decision conflicts with *Paddock v Tuscola & Saginaw Bay Railway Company*, 225 Mich App 526 (1997), and MCL 462.317; and (2) whether *Paddock* was correctly decided. The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2015



Clerk

a0909